PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT

for

Western District of Washington

Report on Person Under Supervision

**Name:** Brian Warnock  **Case Number:** 2:22CR00150LK-001
**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge
**Date of Original Sentence:** 08/13/2024  **Date of Report:** 12/04/2024
**Original Offense:** Possession of a Controlled Substance with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** Time Served; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/13/2024
**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: notify all physicians of substance use history; submit to search.

## NONCOMPLIANCE SUMMARY

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol, on or about October 21, 2024, in violation of a special condition of supervised release |
| 2. | Failing to report for urinalysis testing, on or about November 25, 2024, in violation of a special condition of supervised release. |

*United States Probation Officer Action:*

On October 21, 2024, Mr. Warnock provided a urine sample which returned presumptively positive for alcohol. I contacted Mr. Warnock and he admitted to consuming alcohol at a restaurant with his wife. Mr. Warnock said he did not know he was prohibited from consuming alcohol, but he would not drink again. On November 25, 2024, Mr. Warnock failed to report for urinalysis testing citing transportation difficulties. I have repeatedly counseled Mr. Warnock that he must put supervised release first and ensure his family understands the seriousness of reporting for drug testing. As a result of testing positive he was verbally reprimanded, and his testing will remain at an elevated level. Since his positive result Mr. Warnock has provided a negative urinalysis test.

Mr. Warnock continues to reside with his wife, mother, and children in pro-social housing. He is currently looking for work and addressing an outstanding municipal court case which is holding up his driver's license. He is respectful and communicative during our interactions.

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

The Honorable Lauren King, United States District Judge  Page 2
Report on Person Under Supervision  December 4, 2024

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 4th day of December, 2024.

BY:

*Aaron Rust*

*Jennifer Van Flandern*

Aaron Rust
United States Probation Officer

Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*Lauren King*

Signature of Judicial Officer

December 4, 2024
Date