PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Brian Warnock  **Case Number:** 2:22CR00150LK-001
**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge
**Date of Original Sentence:** 08/13/2024  **Date of Report:** 01/23/2025
**Original Offense:** Possession of a Controlled Substance with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** Time Served; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/13/2024
**Special Conditions Imposed:**

☒ Substance Abuse    ☒ Financial Disclosure    ☐ Restitution:
☒ Mental Health      ☐ Fine                    ☐ Community Service
☒ Other: notify all physicians of substance use history; submit to search.

## NONCOMPLIANCE SUMMARY

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming methamphetamine, on or about December 8, 2024, in violation of a special condition of supervised release |
| 2. | Failing to report for urinalysis testing, on or about December 9, 2024, in violation of a special condition of supervised release. |

*United States Probation Officer Action:*

On December 9, 2024, Mr. Warnock failed to report for urinalysis testing. On that same date Mr. Warnock reached out to me and said he "messed up" by consuming drugs with his "neighbors brother" because he was stressed, unemployed, and had a moment of weakness. Mr. Warnock admitted to smoking methamphetamine. For some reason Mr. Warnock thought he was going straight to jail after admitting to his drug use, I informed Mr. Warnock that is not the case in this situation. As a result of testing positive he was verbally reprimanded, instructed to complete a substance use evaluation (currently scheduled for January 30, 2025) and his testing will remain at an elevated level until he can demonstrate continued sobriety. Since his positive test result Mr. Warnock has provided two negative urinalysis tests, although it should be noted the second test was dilute. Additionally, he was recently hired at a boat shop near his house that is within walking distance as he is still fighting a municipal court case that is holding up his driver's license.

Mr. Warnock continues to reside with his family in pro-social housing. He is respectful and communicative during our interactions. I have warned him if he continues to sporadically use drugs or develops patterns of missing urinalysis tests we will have to go before Your Honor.

Of note, since Mr. Warnock's release he has reported to me that people who are "affiliated" with individuals currently housed at the SeaTac Federal Detention center have stopped by his house or he has seen them in the area. Mr. Warnock is concerned for his safety and for a few weeks he debated moving elsewhere or requesting placement at the federal halfway house. For now, Mr. Warnock has decided to stay at his current residence.

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

| | |
|---|---|
| The Honorable Lauren King, United States District Judge | Page 2 |
| Report on Person Under Supervision | January 23, 2025 |

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 23rd day of January, 2025. | BY: |
| *Aaron Rust*<br>Aaron Rust<br>United States Probation Officer | *Jennifer Van Flandern*<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*Lauren King*
Signature of Judicial Officer

January 23, 2025
Date