PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Brian Warnock          **Case Number:** 2:22CR00150LK-001
**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge
**Date of Original Sentence:** 08/13/2024          **Date of Report:** 05/23/2025
**Original Offense:** Ct. 1: Possession of a Controlled Substance with Intent to Distribute
Ct. 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** Time Served and three years' supervised release
**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 08/13/2024
         **Date Supervision Expires:** 08/12/2027
**Assistant United States Attorney:** Cecelia Gregson          **Defense Attorney:** Jeffrey Kradel

**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☐ Restitution:
☒ Mental Health      ☐ Fine      ☐ Community Service
☒ Other: notify all physicians of substance use history and submit to search

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming methamphetamine on or about the following dates, in violation of a mandatory condition of supervised release.<br><br>• April 9, 2025<br>• May 20, 2025 |
| 2. | Failing to report for scheduled urinalysis on the following dates, in violation of a special condition of supervised release.<br><br>• May 6, 2025<br>• May 21, 2025 |
| 3. | Consuming marijuana on or about May 5, 2025, in violation of a mandatory condition of supervised release. |
| 4. | Consuming alcohol on or about May 5, 2025, in violation of a special condition of supervised release |

I incorporate by reference the information contained in the attached memorandum.

The Honorable Lauren King, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  May 23, 2025

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of May, 2025.

_____
Julie Jansen
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_____
Analiese D. Johnson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

May 23, 2025
                Date