# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name:** Brian Warnock                                                   **Case Number:** 2:22CR00150LK-001
**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge
**Date of Original Sentence:** 08/13/2024                                             **Date of Report:** 06/23/2025
**Original Offense:** Ct. 1: Possession of a Controlled Substance with Intent to Distribute
Ct. 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:** Time Served and three years' supervised release
**Type of Supervision:** Supervised Release                   **Date Supervision Commenced:** 08/13/2024
**Assistant United States Attorney:** Cecelia Gregson               **Defense Attorney:** Jeffrey Kradel
**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☐ Restitution:
☒ Mental Health      ☐ Fine      ☐ Community Service
☒ Other: notify all physicians of substance use history and submit to search

## PETITIONING THE COURT

☐     To issue a warrant under seal
☐     To issue a summons
☒     To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on May 23, 2025.

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5. | Using methamphetamine on or about the following dates, in violation of a mandatory condition of supervised release.<br>• May 28, 2025<br>• June 11, 2025<br>• June 18, 2025 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 23rd day of June, 2025. | BY: |
| *[signature]* | *[signature]* |
| Julie Jansen<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

- ☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
- ☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
- ☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
- ☐ Other

*[signature: Lauren King]*

Signature of Judicial Officer

June 23, 2025

Date