WA/WD PTS-Supplemental (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Third Supplemental Petition for Warrant or Summons for Defendant Under Pretrial Services Supervision

**Date of Report:** 09/15/2025

**Name of Defendant:** Brian Warnock     **Case Number:** 2:22CR00150

**Name of Judicial Officer:** The Honorable Paula L. McCandlis, United States Magistrate Judge

**Original Offense:** Ct. 1: Possession of a Controlled Substance with Intent to Distribute; Ct. 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Date Supervision Commenced:** 08/13/2024

Bond Conditions Imposed:

- No Law Violations: I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

- DNA Testing: I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

- No Controlled Substances: I must not use, consume, or possess any controlled substances, including medication, unless prescribed by a licensed and duly qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.

- Address: I must furnish my attorney, and/or Probation if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Probation if supervised, within one business day.

- Restriction on Travel: I must not travel outside the Continental United States or as directed by Probation.

- Victim and Witness Protection: I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

- Conditions of Supervision. The conditions of my supervised release or probation remain in effect and are also incorporated in this bond as my release.

- The defendant shall participate in and successfully complete inpatient treatment at a facility approved by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services.

**PETITIONING THE COURT**

☒     To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court on August 22, 2025.

The Honorable Paula L. McCandlis, United States Magistrate Judge  Page 2
Supplemental Violation  September 15, 2025

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

8. The defendant violated the bond condition by aborting inpatient treatment on or about September 11, 2025.

**United States Probation Officer Recommendation**:

☒ That violation(s) # 8 be added to the previous petition presently before the Court dated August 22, 2025

☒ Detention pending final adjudication due to:
☒ Risk of nonappearance
☒ Danger to community

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Monique D. Neal
  Chief United States Probation and Pretrial Services Officer

Executed on this 15th day of September, 2025.  BY:

_____  _____
Julie Jansen  Analiese D. Johnson
United States Probation Officer  Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☐ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

_____
Brian Tsuchida
~~Paula L. McCandlis~~, United States Magistrate Judge

09/15/2025
Date