WA/WD PTS-Supplemental (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Fourth Report of Supplemental Violations

**Date of Report:** 10/23/2025

**Name of Defendant:** Brian Warnock   **Case Number:** 2:22CR00150

**Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge

**Original Offense:** Ct. 1: Possession of a Controlled Substance with Intent to Distribute; Ct. 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Date Supervision Commenced:** 08/13/2024

Bond Conditions Imposed:

- The defendant shall participate in and successfully complete inpatient treatment at a facility approved by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services.

- **ADDED ON 9/22/2025:** The defendant shall participate in and successfully complete inpatient treatment at Sundown on 9/25/2025, as approved by Probation and Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services.

## PETITIONING THE COURT

☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court on 9/15/2025.

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

9) The defendant violated the bond condition by using alcohol on or about September 16, 2025.

10) The defendant violated the bond condition by using methamphetamine on or about September 19, 2025.

11) The defendant violated the bond condition by failing to participate in and successfully complete inpatient treatment at Sundown since on or about October 15, 2025.

**United States Probation Officer Recommendation**:

☒ That violation(s) #9-11 be added to the previous petition presently before the Court dated September 15, 2025

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

The Honorable Brian A. Tsuchida, United States Magistrate Judge  Page 2
Supplemental Violation  October 23, 2025

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 23rd day of October, 2025. | BY: |
| *(signature)* | *(signature)* |
| Julie Jansen<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

*(signature)*

Brian A. Tsuchida, United States Magistrate Judge

10/23/25
Date