PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

Report on Person Under Supervision

**Name:** Brian Warnock        **Case Number:** 2:22CR00150LK-001

**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge

**Date of Original Sentence:** 08/13/2024      **Date of Report:** 03/19/2026

**Original Offense:** Possession of a Controlled Substance with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Crime

**Original Sentence:** Time Served; 3 years' supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/13/2024

**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☐ Restitution:

☒ Mental Health      ☐ Fine      ☐ Community Service

☒ Other: notify all physicians of substance use history; submit to search.

## NONCOMPLIANCE SUMMARY

I allege Brian Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Consuming alcohol, in violation of a special condition, on or about the following dates: |

- January 9, 2026
- March 6, 2026

Supporting Evidence: Mr. Warnock reported to the probation office on each date noted above, and he provided a urine sample. Both samples were presumptively positive for the presence of alcohol. Both samples were subsequently sent to the national laboratory where they each confirmed positive for ethyl glucuronide and ethyl sulfate (alcohol).

Mr. Warnock asserts he is not consuming alcohol and states he cannot use alcohol while taking the medication, Brixadi. The client speculates an over the counter (OTC) injectable testosterone alternative could be causing the positive results. The client said he takes the OTC testosterone on Fridays, which coincidentally coincides with these two tests. Nonetheless, Mr. Warnock indicated he will cease the OTC injectable.

To his credit, Mr. Warnock attends intensive out-patient substance use treatment at Valley Cities. Also, the urine samples between the two positive tests were negative for illicit substances and alcohol, to include a sample submitted on March 11, 2026.

United States Probation Officer Action:
☒ Other: Attend substance use treatment; cease OTC injectable

I consulted with Assistant United States Attorney Cecelia Gregson, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

The Honorable Lauren King, United States District Judge                                                Page 2
Report on Person Under Supervision                                                                      March 19, 2026

I swear under penalty of perjury that the                  APPROVED:
foregoing is true and correct.                             Monique D. Neal
                                                           Chief United States Probation and Pretrial Services Officer

Executed on this 19th day of March, 2026.                  BY:

_____                          _____
Mike Munsterman                                            Analiese D. Johnson
United States Probation Officer                            Supervising United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☑  Judicial Officer endorses the United States Probation Officer's actions
☐  Submit a Request for Modifying the Condition or Term of Supervision
☐  Submit a Request for Warrant or Summons
☐  Other

_____
Signature of Judicial Officer

March 19, 2026
_____
                          Date