PROB 12C-WAR

(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Petition for Warrant or Summons for Person Under Supervision

**Name:**        Brian Michael Warnock                                    **Case Number:** 2:22CR00150LK-001
**Name of Judicial Officer:**  The Honorable Lauren King, United States District Judge
**Date of Original Sentence:**    08/13/2024                              **Date of Report:** 06/11/2026
**Original Offense:**        Possession of a Controlled Substance with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Crime
**Original Sentence:**        Time served; 3 years of supervised release
**Type of Supervision:**   Supervised Release                            **Date Supervision Commenced:** 08/13/2024
                                                                          **Date Supervision Expires:** 08/12/2027
**Assistant United States Attorney:**  Cecelia Gregson                    **Defense Attorney:** Jeffrey Kradel
**Special Conditions Imposed:**

☒ Substance Abuse          ☒ Financial Disclosure          ☐ Restitution:
☒ Mental Health            ☐ Fine                          ☐ Community Service
☒ Other: Notify prescribers; submit to search

### PETITIONING THE COURT

☒        To issue a warrant under seal
☐        To issue a summons

I allege Brian Michael Warnock has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of Burglary, Second Degree, on or about March 27, 2026, in violation of the mandatory condition. |
| 2. | Committing the crime of Theft, First Degree, on or about March 27, 2026, in violation of the mandatory condition. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒   The term of supervision should be
    ☒   revoked.
    ☐   extended for ___ years, for a total term of ___ years.
☐   The conditions of supervision should be modified as follows:

☒   Detention pending final adjudication due to
    ☒   risk of flight.
    ☒   danger to community.

The Honorable Lauren King, United States District Judge                                    Page 2
Petition for Warrant or Summons for Person Under Supervision                          June 11, 2026

I swear under penalty of perjury that the              APPROVED:
foregoing is true and correct.                          Monique D. Neal
                                                        Chief United States Probation and Pretrial Services Officer

Executed on this 11th day of June, 2026.                BY:


_____                        _____
Mike Munsterman                                         Analiese D. Johnson
United States Probation Officer                         Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☑ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☐ Other


                                        _____
                                         Signature of Judicial Officer
                                        June 11, 2026
                                        _____
                                                    Date